Form cxdsch7

# UNITED STATES BANKRUPTCY COURT
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

In Re:

Angeline I. Harris
319 N Latrobe
2nd Fl.
Chicago, IL 60644
SSN: xxx−xx−3685  EIN: N.A.

Case No. : 20−02300
Chapter : 7
Judge : Deborah L. Thorne

---

## NOTICE OF CHAPTER 7 OR 11 CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above−captioned case has been closed without entry of discharge as Debtor did not file Official Form 423, Certification About a Financial Management Course. If the debtor subsequently files a motion to reopen, the reopening fee must be paid.

FOR THE COURT

Dated: May 12, 2020

Jeffrey P. Allsteadt, Clerk
United States Bankruptcy Court